IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**PHILIP GODLEWSKI**
115 Huckleberry Lane,
Duryea, PA 18642.

*Plaintiff*,

vs.

**JEANETTE JOY GEARY**
1829 Quail Ridge Rd.
Raleigh, NC 27609.
*Defendant*.

NO. 21-2178-RDM

CIVIL ACTION

JURY TRIAL DEMANDED

**PRELIMINARY INJUNCTION ORDER**

AND NOW, this ____ day of _____, 2022, and after hearing, it is hereby ORDERED and DECREED that:

(a) JEANETTE JOY GEARY is hereby ORDERED to immediately cease and desist from any and all false broadcast regarding the Plaintiff on the Internet and/or any other medium, and in particular any and all references to the Plaintiff as scamming older people, leading a criminal organization, being engaged in unlawful activities and being a felon;

(b) JEANETTE JOY GEARY is hereby ORDERED to immediately remove any prior broadcasts regarding the Plaintiff on the Internet, including but not limited to those broadcasts now recorded on Facebook and/or on any other social media sites.

(c) JEANETTE JOY GEARY is hereby ORDERED to cease and desist from broadcasting on the Internet immediately or publishing in any other medium any further comments, articles, posts, papers, commentaries, reports, explanations, stories, or details regarding the Plaintiff's alleged in particular any and all references to the Plaintiff as scamming older people, leading a criminal organization, being engaged in unlawful activities and being a felon;

(d) The following additional relief is also granted:

BY THE COURT

_____
J.