**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PHILIP GODLEWSKI**<br> 115 Huckleberry Lane,<br>Duryea, PA 18642.<br><br>    *Plaintiff*,<br><br>    **vs.**<br><br>**JEANETTE JOY GEARY**<br>1829 Quail Ridge Rd.<br>Raleigh, NC 27609.<br>    *Defendant*. | NO. 21-CV-2178<br><br>CIVIL ACTION<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S UPDATE ON SERVICE OF COMPLAINT ON DEFENDANT

Pursuant to this Court's Order (ECF. 4) requiring Plaintiff to update the Court regarding service of the Complaint on the Defendant, Plaintiff represents as follows.

1. Plaintiff requested an update on the service of the Complaint from the Sheriff of Wake County.

2. The Sheriff of Wake County service of the Complaint would take place late this week or next week.

3. Plaintiff will follow up with the Sheriff next week to determine if service has been effected.

Respectfully submitted,

KOLMAN LAW, P.C.

BY: */s/ Timothy M. Kolman*

Timothy M. Kolman, Esquire
Attorney for Plaintiff
414 Hulmeville Avenue
Penndel, PA 19047
(215) 750-3134

Dated: February 1, 2022