THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHILIP GODLEWSKI,

    Plaintiff,

    v.

JEANETTE JOY GEARY,

    Defendant.

: 3:21-CV-2178
: (JUDGE MARIANI)

## ORDER

The background of this Order is as follows:

On December 29, 2021, Plaintiff filed a Complaint in the above-captioned action against Jeanette Joy Geary alleging "Defamation-Slander" (Count I), "Preliminary Injunction" (Count II), "Intentional Interference with Contractual Relations" (Count III), and "Intentional Interference with Prospective Contractual Relations" (Count IV). (Doc. 1). The following day, Plaintiff filed a Motion for Preliminary Injunctive Relief (Doc. 3) and supporting brief (Doc. 5).

On February 1, 2022, Plaintiff's counsel filed a letter of record informing the Court that counsel had been informed that the "Sheriff of Wake County" informed him that "service of the Complaint would take place late this week or next week." (Doc. 6).

As of the date of this Order, no further documents have been filed of record, including a notice of service of the Complaint on Defendant or any letter by Plaintiff addressing the status of service of the Complaint on Defendant.

**ACCORDINGLY, THIS** \_\_12th\_\_ **DAY OF MAY, 2022, IT IS HEREBY ORDERED THAT** within **five (5) days of the date of this Order,** Plaintiff shall file a letter of record informing the Court of the status of service of both the Complaint and Plaintiff's Motion for Preliminary Injunctive Relief (Docs. 1, 3) on Defendant Geary.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge